IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Appellee,

v.                                          CASE NO. 1:11-cr-00031-MP

DAVID LESNIEWICZ,

    Appellant.

_____/

## O R D E R

    This matter is before the Court on the Motion to Withdraw as Attorney filed by counsel for the appellant.  Doc. 7.  In the motion, appellant's counsel states that "a conflict of interest has arisen which requires that counsel move to withdraw. Unfortunately, ethical constraints preclude counsel's explanation of that conflict. Counsel has made reasonable efforts to resolve the issue, without success."  Doc. 7, p. 1.  Counsel indicates that the U.S. Attorney was contacted and did not oppose the motion to withdraw. The Court also notes that the deadline for appellant to file his appellate brief has passed, and no brief was filed.  Additionally, the motion to withdraw points out that Mr. Lesniewicz was due to be released from custody on November 14, 2011.

    Accordingly, it is now **ORDERED** as follows:

    1.  The Motion to Withdraw (Doc. 7) is GRANTED.

    2.  The appellant is directed to inform the Court, in writing, by Wednesday, November 30, 2011, whether he intends to continue prosecuting this appeal.

    3.  The Clerk is directed to send this Order to Attorney Spivey at the Federal Public Defender's Office, who is directed to deliver it to appellant, or to inform the Court

in writing that she was unable to do so.

**DONE AND ORDERED** this 21st day of November, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge